918

No. 444, Misc. ROBINSON v. CALIFORNIA. Appeal from the Appellate Department, Superior Court of California, Los Angeles County. Motion for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted and case transferred to appellate docket. *Samuel Carter McMorris* for appellant. *Roger Arnebergh* and *Philip E. Grey* for respondent.

No. 236. LANZA v. NEW YORK. Court of Appeals of New York. Certiorari granted. *Leo Pfeffer* and *Jacob D. Fuchsberg* for petitioner.

No. 422. LINK v. WABASH RAILROAD Co. C. A. 7th Cir. Certiorari granted. *Jay E. Darlington* for petitioner. *Roger D. Branigin* for respondent.

No. 118. FOOD MACHINERY & CHEMICAL CORP. v. UNITED STATES. Court of Claims. Certiorari denied. *Harry R. Horrow* and *Robert W. Morrison* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Harry Baum* and *Harold M. Seidel* for the United States.

No. 382. HUDSON ET AL. v. ESPERDY, DISTRICT DIRECTOR, IMMIGRATION & NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. *David I. Shapiro* and *Joseph J. Allen* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for respondent.